# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

| | |
|---|---|
| Trevor Andrew Robles<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br><br>" See attached "<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____<br>*(to be filled in by the Clerk's Office)*<br><br>SCANNED at and Emailed 10/18/23 by JL . 14 pages date   initials   No. |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Trevor Andrew Robles
All other names by which you have been known:
ID Number: 433646
Current Institution: Bridgeport Correctional Center
Address: 1106 North Ave
Bridgeport, CT
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
Name: Peter O'Shea
Job or Title (if known): D.D.S.
Shield Number:
Employer: Connecticut Department of Correction
Address: 1106 North Ave
Bridgeport, CT 06604
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

**Defendant No. 2**
Name: Maher Kasabji
Job or Title (if known): Dental Director
Shield Number:
Employer: Connecticut Department of Correction
Address: 1106 North Ave
Bridgeport, CT 06604
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 3
Name: Angel Quiros
Job or Title (if known): Commissioner of DOC
Shield Number:
Employer: State of Connecticut
Address: 24 Wolcott Hill Road
Wethersfield, CT 06109
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Shield Number:
Employer:
Address:
City / State / Zip Code

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

My 8th Admendment (Cruel and Unusual Punishment)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

"See Attached"

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Approximately April - May 2023 Bridgeport Correctional Center

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approximately April-May 2023, one month into my incarceration

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

"See Attached"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have a decaying wisdom tooth that is worsening by the day.

I was told by Peter O'Shea the dentist, that it will require extraction, which I have not received.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Im requesting $12,000.00 USD in actual damages based on the estimate given to me for dental inplant veneers.

Im requesting $3,000.00 USD for mental and physical suffering Ive experienced, That I have stated clearly in my "Statement Of Claim"

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

[X] Yes

[ ] No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Bridgeport Correctional Center

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

[X] Yes

[ ] No

[ ] Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

[X] Yes

[ ] No

[ ] Do not know

If yes, which claim(s)?

Violation of my 8th Admendment by 2/3 of the defendants

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   39 Block Corridor 7 Cell 2 (Bridgeport Correctional Center)

2. What did you claim in your grievance?

   The phisical and mental distress of my Dental Condition

3. What was the result, if any?

   upheld in part, placement on a "wait list."

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Ive exhausted all HSAR appeal options given to me

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No

     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s)
     Defendant(s)

  2. Court *(if federal court, name the district; if state court, name the county and State)*

  3. Docket or index number

  4. Name of Judge assigned to your case

  5. Approximate date of filing lawsuit

  6. Is the case still pending?

     ☐ Yes

     ☐ No

     If no, give the approximate date of disposition

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/12/23

Signature of Plaintiff: [signed]
Printed Name of Plaintiff: Trevor Robles
Prison Identification #: 433646
Prison Address: 1106 North Ave
Bridgeport, CT 06604

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

Defendants:

Peter O'Shea

Maher Kasabji

Angel Quiros

Basis for Jurisdiction

D.

Peter O'Shea's inprofessionalism with the delayment of my examination has caused pain and suffering, which covers the basis for cruel and unusual punishment due to the fact of him failing to provide adequate health care, by being aware of, yet disregarding, a substantial risk of serious harm by failing to take reasonable measures to abate it. This clearly violates my Eighth Admendment.

Maher Kasabji's delayment of scheduling my crucially needed extraction has caused more, and unneeded damage to my teeth, as well as causing unnesessary physical pain. This covers the basis for cruel and unusual punishment due to failing to provide adequate health care by being aware of, yet disregarding a substantial risk of serious harm by failing to take reasonable measures to abate it. This clearly violates my Eighth Admendment.

Angel Quiros' polices in place for dental problems has left me in pain for several months and has caused extra and unneeded damage by not getting my extraction done in a timely manner. Quiros' polices violate my Eighth Admendment Right to Adequate Health Care.

The Constitutional Prohibition against cruel and unusual punishments expands with "Evolving Standards of Decency". Which all three defendants failed to meet the requirements for.

Statement of Claim

D. About one month into my incarceration, I wrote a sick call stating I have a severe tooth ache. Two to three weeks later I was sent to the medical unit for an unrelated reason. Before departing from medical, the Dentist (Peter O'Shea), called me over to the dental room after recognizing my dental request and asked me what was wrong. I told him about my tooth and he asked how long/often does it ache. I responded, "every other day." He followed my response with, "Well, my chair is dirty so I cannot examine it. And if it hurts that often, it will require a route canal." He stated he would put me on the x-ray list. Over three months later, after not being x-rayed like promised by Peter O'Shea. I then started the beginning stages of the greivance process. That then, got me into the chair of Peter O'Shea. After x-ray and examination, he stated the tooth would require an extraction, which he could not perform without an assistant, which he does not have. Peter O'Shea placed me on the wait list to have the procedure performed at a different location. He stated the time frame for that wait list is just as long as his assistant needed list. He also stated my chance of actually being seen are slim to none. I have since exhausted all "Health Service Administrative Remedies", with my greivance disposition being upheld in part by Dental Director (Mahor Kasabji). Director Kasabji has since changed my status to "Ready to Schedule". I was also told this would not speed the process up much, if any. I am facing physical and mental distress from this situation and the policy is not meeting my Constitutional Rights and standards for my dental condition. The prolonging of my medical care is causing further damage such as more teeth to decay.